UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO.   6:12-CR-00224-1 |
|---|---|---|
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| DUDLEY STEVENS NELSON | * | MAG. JUDGE HILL |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Dudley Stevens Nelson, and adjudges him guilty of the offenses charged in Counts One and Two of the superseding indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Dudley Stevens Nelson's agreement to forfeit and abandon his interest in the Cobra Model CA 380 .380 caliber semiautomatic piston (S/N CPO62533) seized, as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this 20th day of November, 2013 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE